IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Norman Rickley,                              :
                    Petitioner              :
                                             :
          v.                                 :      No. 525 C.D. 2023
                                             :      Submitted:  February 6, 2024
Carrols Corporation (Workers'               :
Compensation Appeal Board),                  :
                    Respondent              :

BEFORE:    HONORABLE RENÉE COHN JUBELIRER, President Judge
           HONORABLE ANNE E. COVEY, Judge
           HONORABLE MARY HANNAH LEAVITT, Senior Judge

OPINION NOT REPORTED

MEMORANDUM OPINION
BY SENIOR JUDGE LEAVITT                              FILED:  April 4, 2024


          Norman Rickley (Claimant) petitions for this Court's review of the
adjudication of the Workers' Compensation Appeal Board (Board) that affirmed the
decision of the Workers' Compensation Judge (WCJ).  The WCJ granted in part
Claimant's claim petition filed against Carrols Corporation (Carrols) with respect to
his injury of November 27, 2017, and denied Claimant's petition to review treatment
filed against Dandy Service Corporation (Dandy Service) with respect to his March
29, 2006, work injury.  Claimant argues that the WCJ erred by placing the burden
on Claimant to prove that his ongoing treatment was related to the March 29, 2006,
injury and by crediting equivocal medical evidence.

          Claimant filed a brief identical to the one filed in *Rickley v. Dandy
Service Corp. (Workers' Compensation Appeal Board)* (Pa. Cmwlth., No. 524 C.D.
2023, filed April 4, 2024), in which he challenges the Board's denial of his petition
to review treatment filed against Dandy Service with respect to his March 29, 2006,

work injury. In his petition for review filed in the instant case, Claimant specifically stated that he "is not alleging an error with respect to the granting of his November 27, 2017 injury Claim Petition, but is alleging that the findings of fact relative to the March 29, 2006 date of injury are erroneous." Petition for Review at 3, ¶8.

Carrols, the Respondent in this case, notes that Claimant has no claims against Carrols. Claimant challenges only the denial of his petition to review medical treatment, which involved Dandy Service. In granting, in part, Claimant's claim petition against Carrols, the WCJ found that only three medical treatments were causally related to the November 27, 2017, injury at Burger King, a franchise operated by Carrols: the November 28, 2017, visit to MedExpress; the December 2, 2017, visit to MedExpress; and the January 10, 2018, visit with Dr. Jon Levy. Because Claimant does not challenge the termination of benefits arising from his November 27, 2017, injury, he has waived all issues on appeal as to Carrols.

Claimant challenges only "the findings of fact" relative to "the March 29, 2006 injury" and does not challenge the WCJ's grant of his claim petition against Carrols with respect to his November 27, 2017, injury. Petition for Review at 3, ¶8. We affirm the Board's adjudication insofar as it affirmed the WCJ's grant of the claim petition.

_____
MARY HANNAH LEAVITT, President Judge Emerita

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Norman Rickley,                                                      :
                           Petitioner                         :
                                                  :
                 v.                                          :        No. 525 C.D. 2023
                                                  :
Carrols Corporation (Workers'                           :
Compensation Appeal Board),                           :
                        Respondent                    :

# **O R D E R**

AND NOW, this 4th day of April, 2024, the adjudication of the Workers' Compensation Appeal Board, dated April 26, 2023, in the above-captioned matter, is AFFIRMED insofar as it affirmed the Workers' Compensation Judge's grant of the claim petition against Carrols Corporation.

_____
MARY HANNAH LEAVITT, President Judge Emerita